# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable:** A. Benjamin Goldgar  
**Hearing Date:** MAY 22 2018  
**Bankruptcy Case:** 18-03484  
**Adversary No.:**  
**Title of Case:** Christopher Kress  

**Brief Statement of Motion:** Motion of Christopher Kress to amend the plan to pay general unsecured creditors 4% ~~of there~~ interest on the allowed claims

**Names and Addresses of moving counsel:** Dave Siegel / Clay Mosberg

**Representing:** Christopher Kress

## ORDER

It is hereby ordered that the plan is amended to pay general unsecured creditors 4% interest on the allowed claims.

/s/ A. Benjamin Goldgar