Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-03484 |
| CHRISTOPHER W. KRESS, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

### ORDER GRANTING LEAVE TO SELL REAL PROPERTY AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor is granted leave to sell the real property located at 437 Homeland Rd., Matteson, IL 60443.

2) $75,000.00 of the non-exempt net funds shall be paid to the Chapter 13 Trustee, to be applied to the Debtor's Chapter 13 plan.

3) Any additional funds shall be property of the Debtor.

4) That the leave to shorten notice is granted.

Enter:

Dated: **05 NOV 2019**

United States Bankruptcy Judge

**Prepared by:**
Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com